Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-10-00718-CR

**IN RE** Eddie **LUNDY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  October 20, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 8, 2010, relator Forest Holmes filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his *pro se* motions. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by

---

[1] This proceeding arises out of Cause No. 2010-CR-0566, styled *State of Texas v. Eddie Lundy*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori Valenzuela presiding.

declining to rule on relator's *pro se* motions filed in the criminal proceeding pending in the trial court.  Accordingly, the petition is denied.  TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH